| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Eastern District Of California

Plaintiff: Jill Lodge
Defendant: C.C.S. Recoveries, LLC.; and DOES 1-10 inclusive

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 1:11-CV-01379-LJO-SKO |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Damages; Order Setting Mandatory Scheduling Conference.

3. a. Party served:          C.C.S. Recoveries, LLC.
   b. Person served:         "John Doe"

4. Address where the party was served:    1655 E. 6th. St. Ste. AD-4
                                          Corona, CA  91718

5. I served the party:
   b. **by substituted service.** On: Mon., Sep. 19, 2011 at: 8:10AM by leaving the copies with or in the presence of:
      "John Doe" - Refused to give name  - Before slamming door, dropped papers at feet of subject. -, White, Male, 25 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 140 Pounds
   (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Sep. 23, 2011  from: Not Mailed

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kelton  Gray                                    d. **The Fee** for Service was:
   b. **Front Range Legal Process Service**           e. I am: (3) registered California process server
      145 West Swallow                                      (i)   Owner
      Fort Collins, CO  80525                               (ii)  Registration No.:   1316
   c. 888.387.3783                                          (iii) County:             Riverside

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Sep. 23, 2011

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(Kelton Gray)

321.15829